IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEAVIN GRAY,

    Plaintiff,

v.  No. 14-1256

HARDEMAN COUNTY, TENNESSEE,
*et al.*,

    Defendants.

_____

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS
_____

Before the Court is the May 13, 2015 motion of Defendant Hardeman County, Tennessee (the "County") to dismiss the original complaint filed in this matter on September 26, 2014. (D.E. 22.) On July 10, 2015, the Plaintiff filed his amended complaint. "When a party files an amended pleading, the amended pleading supersedes all those that came before." *Specialized Pharmacy Servs., LLC v. Magnum Health & Rehab of Adrian, LLC*, No. 12-12785, 2012 WL 6212707, at *1 (E.D. Mich. Dec. 13, 2012). An amended complaint renders the initial pleading a nullity. *Alsbrook v. Recontrust Co., N.A.*, No. 2:13-cv-02067-JPM-cgc, 2013 WL 1820049, *1 (W.D. Tenn. Apr. 30, 2013). "Courts in this Circuit and others will deny motions to dismiss a complaint as moot after a plaintiff subsequently files an amended complaint." *Fleming v. Sharp Mfg. Co. of Am.*, No. 11-2911-STA, 2012 WL 3049624, at *6 (W.D. Tenn. July 25, 2012). The County's motion to dismiss, directed solely to the original complaint, is, therefore, DENIED as moot without prejudice to refiling.

IT IS SO ORDERED this 15th day of July 2015.

                                          <u>/s J. DANIEL BREEN</u>
                                          CHIEF UNITED STATES DISTRICT JUDGE